IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CARTRELL WILLIAMS

    Plaintiff,

v.                                                      Case No. 2:16-cv-02986-JPM-cgc

CITY OF MEMPHIS, BENJAMIN HUFF,
JASON STEWART, LORENZO YOUNG,
J. POPE, T. PINKS and DEVIN THOMPSON,
individually and in their official capacity
as City of Memphis Police Officers,

    Defendants

### *NOTICE OF VOLUNTARY NON-SUIT OF JASON STEWART, LORENZO YOUNG AND DEVIN THOMPSON ONLY*

      Plaintiff, by and through counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that his cause of action against Defendants Jason Stewart, Lorenzo Young, and Devin Thompson ONLY, is voluntarily non-suited and dismissed by the Plaintiff without prejudice

                                                                Respectfully Submitted,

                                                                /s/ Kenneth M. Margolis
                                                             Kenneth Margolis, #22906
                                                            *Co-Counsel for Plaintiff*
                                                            22 North Front Street, Suite 760
                                                           Memphis, Tennessee 38103
                                                           Phone: 901 / 405-3013
                                                           Facsimile: 901 / 203-0506
                                                           Kmargolis@margolis-law.com

Certificate of Consultation

This is to certify that on today's date I spoke with counsel for Stewart, Young and Thompson via telephone who did not oppose the dismissal of her clients from the present matter and was in agreement in allowing their dismissal pursuant to FRCP 41

/s/ Kenneth Margolis

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically and served electronically upon:

Betsy McKinney, Esq.
Counsel for Stewart, Young & Thompson
*bmckinney@gmlblaw.com*

Sean Hunt, Esq.
Salwa Bahhur, Esq.
Counsel for City of Memphis
*sean@thehuntfirm.com*
*salwa@thehuntfirm.com*

Art Quinn, Esq.
Counsel for Defendant Huff
*aquinn@artquinnlaw.com*

This 20th day of September, 2017.

/s/ Kenneth M. Margolis
Kenneth M. Margolis