IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CARTRELL WILLIAMS

    Plaintiff,

v.                                                                       Case No. 2:16-cv-02986-JPM-cgc
                                                                        JUDGE MCCALLA

CITY OF MEMPHIS, BENJAMIN HUFF,
JASON STEWART, LORENZO YOUNG,
J. POPE, T. PINKS, AND DEVIN THOMPSON,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITY AS CITY OF MEMPHIS
POLICE OFFICERS,

    Defendants.

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL PARTIES

The interested parties to this action, as evidenced by this signature of counsel below, do hereby stipulate that this matter should be dismissed with prejudice as to all defendants, **City Of Memphis, Benjamin Huff, Jason Stewart, Lorenzo Young, J. Pope, T. Pinks, And Devin Thompson, Individually And In Their Official Capacity As City Of Memphis Police Officers**. All interested parties further stipulate that all claims, allegations, issues, demands, and liability related to this action have been settled between the parties. The parties further stipulate that the pretrial conference set for January 16, 2018, and the trial set for January 22, 2018, should be canceled. This stipulation of dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, all parties respectfully request this action be DISMISSED, and request the Clerk close this file. Any pending Motions are requested to be denied as moot. This Honorable Court's order in accordance with this dismissal shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

Respectfully Submitted,

　　/s/ Sean Hunt
Sean Hunt, #16159
Attorneys for the City of Memphis
P.O. Box 171119
Memphis, TN 38187-1119
901-730-0937 ofc
901-753-7542 fax

　　/s/ Kenneth Margolis
Kenneth Margolis, #22906
Attorney for the Cartrell Williams
22 North Front St. Suite 760
Memphis, TN 38103
901-405-3013 ofc
901-203-0506 fax

　　/s/ Betsy McKinney
Betsy McKinney, #21597
GODWIN, MORRIS, LAURENZI &
BLOOMFIELD, PC
Attorneys for the Police Officers
PO Box 3290
50 N. Front St., Suite 800
Memphis, TN 38173--0290
901-528-1702 ofc
901-528-0246 fax

　　/s/ Deborah Godwin
Deborah Godwin , #9972
Attorneys for the Police Officers
PO Box 3290
50 N. Front St., Suite 800
Memphis, TN 38173--0290
901-528-1702 ofc
901-528-0246 fax

　　/s/ Arthur Quinn
Arthur Quinn , #6245
Attorney for Officer Huff
50 N. Front St., Suite 800
Memphis, TN 38173--0290
901-302-4868 ofc
901-302-4870 fax