IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARTRELL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:16-cv-2986-JPM-cgc |
| v. ) | |
| ) | |
| CITY OF MEMPHIS, TENNESSEE and ) | |
| BENJAMIN HUFF, JASON STEWART, ) | |
| LORENZO YOUNG, and DEVIN ) | |
| THOMPSON, individually and in their ) | |
| official capacities as City of Memphis ) | |
| Police Officers, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice of All Parties, filed by the parties on October 25, 2017, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 41.) The parties having reached a resolution in this matter, this action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 26th day of October, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE