**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| CARTRELL WILLIAMS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MEMPHIS, TENNESSEE and ) <br> BENJAMIN HUFF, JASON STEWART, ) <br> LORENZO YOUNG, and DEVIN ) <br> THOMPSON, individually and in their ) <br> official capacities as City of Memphis ) <br> Police Officers, ) <br> ) <br>     Defendants. ) <br> ) | Case No. 2:16-cv-2986-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Cartrell Williams's Complaint, removed to this Court by Defendant City of Memphis, Tennessee on December 19, 2016 (ECF No. 1), and the Court having entered an Order of Dismissal (ECF No. 42),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

October 26, 2017
Date